UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOYCE ANN MAYS : CHAPTER 13
    Debtor(s) :
 :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
 :
    vs. :
 :
JOYCE ANN MAYS :
    Respondent(s) : CASE NO. 1-16-bk-04310

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

    AND NOW, this 1st day of December, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

      a. Other plan provisions

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

      a. Deny confirmation of debtor(s) plan.
      b. Dismiss or convert debtor(s) case.
      c. Provide such other relief as is equitable and just.

                Respectfully submitted:

                Charles J. DeHart, III
                Standing Chapter 13 Trustee
                8125 Adams Drive, Suite A
                Hummelstown, PA 17036
                (717) 566-6097

      BY:     /s/Agatha R. McHale
                Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this   5th   day of December, 2016, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Ashely Gabrielle, Esquire
MidPenn Legal Services
213A North Front Street
Harrisburg, PA   17101

    /s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee