```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                Case No. 16-04310-RNO
Joyce Ann Mays                                                        Chapter 13
         Debtor           **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: MMchugh            Page 1 of 2           Date Rcvd: Dec 05, 2016
                              Form ID: ntcnfhrg        Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2016.
```
db              +Joyce Ann Mays,    133 N. Linden Street,    Harrisburg, PA 17103-1333
4845624         +Capital Region Water,    100 Pine Drive,    Harrisburg, PA 17103-1260
4845625          City Treasurer,    10 N. 2nd Street, Ste 103,    Harrisburg, PA 17101-1679
4845626         +Comcast Corp,    Comcast Center,    1701 JFK Boulevard,    Philadelphia, PA 19103-2899
4845627         +County of Dauphin Board of Commissioners,    P.O. Box 1295,    Harrisburg, PA 17108-1295
4845628         +Dauphin Deposit Bank and Trust Company,    213 Market Street,    Harrisburg, PA 17101-2141
4845629         +Enhanced Recovery Company,    PO Box 57547,    Jacksonville, FL 32241-7547
4845630       ++++FIRST NATIONAL BANK,    1 N SHORE CTR STE 503,    PITTSBURGH PA 15212-5837
                 (address filed with court:   First National Bank,    One North Shore Center,
                   Pittsburgh, PA 15212)
4845631         +Jesse D. Pitt, Jr.,    133 N. Linden Street,    Harrisburg, PA 17103-1333
4845632         +Jesse Pitt Jr.,    133 N. Linden Street,    Harrisburg, PA 17103-1333
4845635         +M&T Bank,    c/o KML Law Group,    BNY Mellon Independence Ctr, Suite 5000,    701 Market Street,
                   Philadelphia, PA 19106-1538
4845637         +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4845638         +Orthopedic Institute of Pennsylvania,    3399 Trindle Road,    Camp Hill, PA 17011-2286
4845639         +PECO Bankruptcy Group,    2301 Market Street, S4-2,    Philadelphia, PA 19103-1338
4845640         +PGW,   800 W. Montgomery Ave,    Philadelphia, PA 19122-2806
4845641         +PHFA-HEMAP,    PO Box 2461,    Harrisburg, PA 17105-2461
4845643          PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
4845644          The Arlington Group,    820 Sir Thomas Court,    Harrisburg, PA 17109-4839
4845645         +Torres Credit Services,    27 Fairview Street, Suite 301,    Carlisle, PA 17015-3200
4845646         +Torres Credit Services, Inc.,    PO Box 189,    Carlisle, PA 17013-0189
4845648         +US Dept of Housing and Urban Dev,    Financial Control Accounting Div,
                   Cash and Securities, Room 3112,    451 7th Street SW,    Washington, DC 20410-0001
4845649         +Verizon,    500 Technology Drive,    Suite 300,    Weldon Spring, MO 63304-2225
4845650         +West Shore Anesthesia Assoc.,    503 North 21st Street,    Camp Hill, PA 17011-2204
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4845623         +E-mail/Text: banko@berkscredit.com Dec 05 2016 18:58:53      Berks Credit and Collections,
                   900 Corporate Drive,    Reading, PA 19605-3340
4845634         +E-mail/Text: ebnsterling@weltman.com Dec 05 2016 18:58:55      Kay Jewelers,    375 Ghent Road,
                   Fairlawn, OH 44333-4600
4845636          E-mail/Text: camanagement@mtb.com Dec 05 2016 18:58:54      M&T Bank,    P.O. Box 1288,
                   Buffalo, NY 14240-1288
4853678          E-mail/Text: camanagement@mtb.com Dec 05 2016 18:58:54      M&T Bank,    P.O. Box 840,
                   Buffalo, NY 14240-0840
4845642          E-mail/Text: schesek@pinnaclehealth.org Dec 05 2016 18:58:55      Pinnacle Health Hospitals,
                   PO Box 8700,    Harrisburg, PA 17105-8700
4845647          E-mail/Text: bkrcy@ugi.com Dec 05 2016 18:59:26      UGI Utilities,    2525 North 12th Street,
                   Suite 360,    Reading, PA 19605
4851570          E-mail/Text: bkrcy@ugi.com Dec 05 2016 18:59:26      UGI Utilities, Inc.,    P.O. Box 13009,
                   Reading, PA 19612
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4845633*        +Jesse Pitt, Jr.,    133 N. Linden Street,    Harrisburg, PA 17103-1333
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                   Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:

        Ashley Joanne Gabrielle   on behalf of Debtor Joyce Ann Mays agabrielle@midpenn.org
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        Joshua I Goldman   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Joyce Ann Mays<br>Debtor(s) | Chapter | 13 |
| | Case No. | 1:16−bk−04310−RNO |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **January 4, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 5, 2017<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: MMchugh |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 5, 2016 |