Bureau of Account Management
3607 Rosemont Avenue, Suite 502
PO Box 8875
Camp Hill, PA 17001-8875

Debt Recovery Solutions
6800 Jericho Turnpike, Suite 113E
Syosset, NY 11791

District Court 12-1-02
2967-A N. 7th Street
Harrisburg, PA 17110

District Court 12-1-04
1520 Walnut Street
Harrisburg, PA 17103

District Court 12-2-05
1300 Rolleston Street
Harrisburg, PA 17104

District Court 12-3-04
576 E. Main Street
Hummelstown, PA 17036

F.H. Cann & Associates, Inc.
1600 Osgood Street
Suite 20-2/120
North Andover, MA 01845

Hamilton Health Center
110 S. 17th Street
Harrisburg, PA 17104

Lower Paxton Township
425 Prince Street, Suite 320
Harrisburg, PA 17109

Quest Diagnostics
110 S. 17th Street
Harrisburg, PA 17104