

**MidPenn Legal Services**

213-A North Front Street, Harrisburg, PA 17101
Phone 717-232-0581  FAX 717-232-7821
Toll-Free 800-932-0356
www.midpenn.org

March 8, 2017

U.S. Bankruptcy Court Clerk's Office
Ronald Reagan Federal Building
228 Walnut Street Rm 320
Harrisburg, PA 17101

In re: Joyce Mays, Case Number: 16-04310-RNO

Dear Sir or Madam:

The creditor, PHFA/HEMAP, was previously listed as:

PHFA/HEMAP
PO Box 2461
Harrisburg, PA 17105-2461

Kindly change the creditor's address to:

PHFA/HEMAP
P. O. Box 15206
Harrisburg, PA 17105-5206

I thank you for your attention to this matter.

Sincerely,

Ashley Joanne Gabrielle, Esquire
Attorney for Debtor