United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Joyce Ann Mays  
    Debtor

Case No. 16-04310-RNO  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: MMchugh    Page 1 of 1    Date Rcvd: May 03, 2017  
Form ID: orcnfpln    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2017.  
db      +Joyce Ann Mays,    133 N. Linden Street,    Harrisburg, PA 17103-1333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2017 at the address(es) listed below:  
     Ashley Joanne Gabrielle    on behalf of Debtor Joyce Ann Mays agabrielle@midpenn.org  
     Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
     James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com  
     Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,  
     bkgroup@kmllawgroup.com  
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
     TOTAL: 5

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Joyce Ann Mays | Chapter 13 |
| Debtor(s) | Case No. 1:16–bk–04310–RNO |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on March 30, 2017. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: May 3, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk