IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:               :

                     :   CHAPTER 13

JOYCE ANN MAYS     :

                     :   CASE NUMBER 1:16-bk-04310-RNO

                     :

      DEBTOR        :

                     :

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Nick Matash, Esquire of MidPenn Legal Services on

behalf of Debtor Joyce Ann Mays in the above-captioned matter.

Dated: 5/17/17

                               Nick Matash, Esquire
                               Attorney I.D. No. 87916
                               MidPenn Legal Services
                               213-A N. Front Street
                               Harrisburg, PA 17101
                               Phone: 717-232-0581 x 2106
                               nmatash@midpenn.org
                               Attorney for Debtor