```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 16-04310-RNO
Joyce Ann Mays                                                Chapter 13
       Debtor              CERTIFICATE OF NOTICE
District/off: 0314-1          User: MMchugh            Page 1 of 2           Date Rcvd: Sep 21, 2017
                              Form ID: ordsmiss        Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
```
db             +Joyce Ann Mays,    133 N. Linden Street,    Harrisburg, PA 17103-1333
4866679         Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    PO Box 8875,
                 Camp Hill, PA 17001-8875
4845624        +Capital Region Water,    100 Pine Drive,    Harrisburg, PA 17103-1260
4845625         City Treasurer,    10 N. 2nd Street, Ste 103,    Harrisburg, PA 17101-1679
4845626        +Comcast Corp,    Comcast Center,    1701 JFK Boulevard,    Philadelphia, PA 19103-2899
4845627        +County of Dauphin Board of Commissioners,    P.O. Box 1295,    Harrisburg, PA 17108-1295
4845628        +Dauphin Deposit Bank and Trust Company,    213 Market Street,    Harrisburg, PA 17101-2141
4866680        +Debt Recovery Solutions,    6800 Jericho Turnpike, Suite 113E,    Syosset, NY 11791-4401
4866681        +District Court 12-1-02,    2967-A N. 7th Street,    Harrisburg, PA 17110-2109
4866682        +District Court 12-1-04,    1520 Walnut Street,    Harrisburg, PA 17103-2348
4866683        +District Court 12-2-05,    1300 Rolleston Street,    Harrisburg, PA 17104-2836
4866684        +District Court 12-3-04,    576 E. Main Street,    Hummelstown, PA 17036-1855
4845629        +Enhanced Recovery Company,    PO Box 57547,    Jacksonville, FL 32241-7547
4866685        +F.H. Cann & Associates, Inc.,    1600 Osgood Street,    Suite 20-2/120,
                 North Andover, MA 01845-1048
4845630       ++++FIRST NATIONAL BANK,    1 N SHORE CTR STE 503,    PITTSBURGH PA   15212-5837
               (address filed with court: First National Bank,    One North Shore Center,
                 Pittsburgh, PA 15212)
4866686        +Hamilton Health Center,    110 S. 17th Street,    Harrisburg, PA 17104-1123
4845631        +Jesse D. Pitt, Jr.,    133 N. Linden Street,    Harrisburg, PA 17103-1333
4845632        +Jesse Pitt Jr.,    133 N. Linden Street,    Harrisburg, PA 17103-1333
4866687        +Lower Paxton Township,    425 Prince Street, Suite 320,    Harrisburg, PA 17109-3053
4845635        +M&T Bank,    c/o KML Law Group,    BNY Mellon Independence Ctr, Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
4845638        +Orthopedic Institute of Pennsylvania,    3399 Trindle Road,    Camp Hill, PA 17011-2286
4845639        +PECO Bankruptcy Group,    2301 Market Street, S4-2,    Philadelphia, PA 19103-1338
4845640        +PGW,    800 W. Montgomery Ave,    Philadelphia, PA 19122-2806
4845643         PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
4866688        +Quest Diagnostics,    110 S. 17th Street,    Harrisburg, PA 17104-1123
4845644         The Arlington Group,    820 Sir Thomas Court,    Harrisburg, PA 17109-4839
4845645        +Torres Credit Services,    27 Fairview Street, Suite 301,    Carlisle, PA 17015-3200
4845646        +Torres Credit Services, Inc.,    PO Box 189,    Carlisle, PA 17013-0189
4845648        +US Dept of Housing and Urban Dev,    Financial Control Accounting Div,
                 Cash and Securities, Room 3112,    451 7th Street SW,    Washington, DC 20410-0001
4845650        +West Shore Anesthesia Assoc.,    503 North 21st Street,    Camp Hill, PA 17011-2204
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4845623        +E-mail/Text: banko@berkscredit.com Sep 21 2017 18:47:46      Berks Credit and Collections,
                 900 Corporate Drive,    Reading, PA 19605-3340
4845634        +E-mail/Text: ebnsterling@weltman.com Sep 21 2017 18:47:47      Kay Jewelers,    375 Ghent Road,
                 Fairlawn, OH 44333-4600
4845636         E-mail/Text: camanagement@mtb.com Sep 21 2017 18:47:47      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
4853678         E-mail/Text: camanagement@mtb.com Sep 21 2017 18:47:47      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
4845637        +E-mail/Text: Bankruptcies@nragroup.com Sep 21 2017 18:48:03      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
4901479         E-mail/Text: blegal@phfa.org Sep 21 2017 18:47:51      PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17101
4845641         E-mail/Text: blegal@phfa.org Sep 21 2017 18:47:52      PHFA/HEMAP,    P. 0. Box 15206,
                 Harrisburg, PA  17105-5206
4845642         E-mail/Text: schesek@pinnaclehealth.org Sep 21 2017 18:47:48      Pinnacle Health Hospitals,
                 PO Box 8700,    Harrisburg, PA 17105-8700
4845647         E-mail/Text: bkrcy@ugi.com Sep 21 2017 18:47:59      UGI Utilities,    2525 North 12th Street,
                 Suite 360,    Reading, PA 19605
4851570         E-mail/Text: bkrcy@ugi.com Sep 21 2017 18:47:59      UGI Utilities, Inc.,    P.O. Box 13009,
                 Reading, PA 19612
4845649        +EDI: VERIZONEAST.COM Sep 21 2017 18:48:00      Verizon,    500 Technology Drive,    Suite 300,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4845633*       +Jesse Pitt, Jr.,    133 N. Linden Street,    Harrisburg, PA 17103-1333
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
          Ashley Joanne Gabrielle    on behalf of Debtor Joyce Ann Mays agabrielle@midpenn.org
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
          Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                         TOTAL: 5
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Joyce Ann Mays<br>**Debtor(s)** | Chapter 13<br>Case No. 1:16−bk−04310−RNO |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: September 21, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk